# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-0292-WJM-SKC

FRED NEKOUEE, individually,

    Plaintiffs,

v.

BCORE SELECT RAVEN 1 LLC, a Delaware limited liability company,

    Defendant.

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

    Plaintiff Fred Nekouee ("Plaintiff") and Defendant BCORE Select Raven 1 LLC ("Defendant") (collectively, the "Parties"), by their undersigned attorneys and pursuant to Local Civil Rules 6.1(b) and 7.1, hereby jointly move for a 30-day extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint, up to and including May 1, 2020. In support of this Joint Motion, the Parties state as follows:

    1.    On February 4, 2020, Plaintiff filed his Complaint in this action. (ECF No. 1). Defendant was served with the Complaint on February 10, 2020. (ECF No. 6).

    2.    On March 5, 2020, the Parties filed a Joint Motion for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint and for Continuance of Rule 16(b) Scheduling Conference and Related Deadlines, which the Court granted on March 11, 2020. (ECF Nos. 8, 12.) Pursuant to the Court's Order on this Motion, Defendant's current deadline to respond to the Complaint is April 1, 2020. (ECF No. 12.)

    3.    The reason for this request is that Defendant requires additional time to investigate Plaintiff's allegations as required to provide a response to the Complaint.

Defendant's investigation has been affected by the COVID-19 pandemic, as travel restrictions and safety considerations have limited Defendant's ability to send an accessibility expert to the subject property to conduct an in-person review of the alleged accessibility barriers in the Complaint.  The Parties are also actively discussing a potential non-litigated resolution of this matter, and wish to focus their attention on these discussions in the near-term rather than on litigation activities.

4. On March 26, 2020, counsel for the Parties conferred and agreed that they would jointly request a 30-day extension of time for Defendant to respond to the Complaint in light of the circumstances set forth in Paragraph 3 of this Joint Motion.

5. This Joint Motion is not made for the purpose of delay and will not prejudice any party to the litigation.  There are no other current case deadlines that will be affected if this Joint Motion is granted.

6. This is Defendant's second request for an extension of a deadline in this action.

WHEREFORE, the Parties respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, up to and including May 1, 2020.

Respectfully submitted,

BCORE SELECT RAVEN 1 LLC

By: /s/  Alex W. Karasik
Alex W. Karasik
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
akarasik@seyfarth.com

3

*Attorneys for Defendant BCORE Select Raven 1 LLC*

PLAINTIFF FRED NEKOUEE

By: */s/ Robert Joseph Vincze*
Robert Joseph Vincze
Law Offices of Robert J. Vincze
PO Box 792
Andover, KS 67002
303-204-8207
Fax: 316-733-5787
Email: vinczelaw@att.net

*Attorneys for Plaintiff Fred Nekouee*

Date: March 27, 2020

3

## **CERTIFICATE OF SERVICE**

I, Alex W. Karasik, an attorney for Defendant BCORE Select Raven 1 LLC, do hereby certify that, on March 27, 2020, I caused a true and correct copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>  Robert Joseph Vincze
>  Law Offices of Robert J. Vincze
>  PO Box 792
>  Andover, KS 67002
>  303-204-8207
>  Fax: 316-733-5787
>  Email: vinczelaw@att.net
>  Attorneys for Defendant, Fred Nekouee

*/s/ Alex W. Karasik*

4

62190399v.1