UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-0292-WJM-SKC

FRED NEKOUEE, individually, :
:
      Plaintiff, :
:
vs. :
:
BCORE SELECT RAVEN 1 LLC, a Delaware :
limited liability company, :
:
      Defendant. :
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the Plaintiff and Defendant have entered into a Settlement Agreement. Except as otherwise agreed, each party to bear its own costs and attorney's fees.

DATE: May 27, 2020

                                            Respectfully submitted,

                                            *s/Robert J. Vincze*
                                            Robert J. Vincze (CO #28399)
                                            Law Offices of Robert J. Vincze
                                            PO Box 792, Andover, Kansas 67002
                                            Phone: 303-204-8207
                                            Email: vinczelaw@att.net
                                            *Attorney for Plaintiff Fred Nekouee*

SEYFARTH SHAW LLP
*s/Alex W. Karasik*
Alex W. Karasik
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Phone: 312-460-5000; Email: akarasik@seyfarth.com
*Attorneys for Defendant BCORE Select Raven 1 LLC*

## CERTIFICATE OF SERVICE

       I certify that on May 27, 2020, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

                                                         s/Robert J. Vincze
                                                         Robert J. Vincze (CO #28399)